**FILED**

March 9, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. MAG. 07-0064-EFB |
| Plaintiff, | ) |
| v. | ) ORDER FOR RELEASE OF |
| | ) PERSON IN CUSTODY |
| SAMUEL J. HOFHENKE, | ) |
| | ) |
| Defendant. | ) |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SAMUEL J. HOFHENKE, Case No. MAG. 07-

0064-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $100,000.00

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record

    _X_   (Other) The Defendant is ordered to appear before Magistrate Judge Horn in

Charlotte, NC (401 W. Trade Street) on 03/21/2007 at 9:45 am.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _March 9, 2007_   at _____

By _____

Edmund F. Brennan
United States Magistrate Judge